LAURENCE L. ANGELO, ESQ., SB No. 034528     (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants Except Jon D. Schorle

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JEROME McAFEE, III, | Case No.:  2:06-CV-01589-GEB-GGH |
| Plaintiff, | |
| vs. | **STIPULATION REQUESTING CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE AND ORDER THEREON** |
| CITY OF WEST SACRAMENTO; West Sacramento Police Officer DONALD SCHLIE (Badge #132); West Sacramento Police Officer ED HENSLEY (Badge #124), West Sacramento Police Officer LOUIS CAMERON (Badge #164); West Sacramento Police Officer TIMOTHY TWARDOSZ (Badge #126); West Sacramento Police Officer JASON  FORTIER (Badge #117); West Sacramento Police Officer R. KINNEY (Badge #117); WEST Sacramento Police Officer ROGER KINNEY (Badge #104); West Sacramento Sergeant DUNCAN (#25); and West Sacramento Acting Chief of Police JON D. SCHORLE, | |
| Defendants. | |

## STIPULATION

WHEREAS, the Court herein has scheduled a status (pretrial scheduling) conference for September 25, 2006, at 9:00 a.m. before the Honorable Garland E. Burrell, Judge Presiding; and

WHEREAS, defendants, CITY OF WEST SACRAMENTO, West Sacramento Police Officer DONALD SCHLIE (Badge #132), West Sacramento Police Officer ED HENSLEY

**STIPULATION REQUESTING CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

1   (Badge #124), West Sacramento Police Officer LOUIS CAMERON (Badge #164); West

2   Sacramento Police Officer TTIMOTHY TWARDOSZ (Badge #126); West Sacramento Police

3   Officer JASON FORTIER (Badge #117); West Sacramento Police Officer ROGER KINNEY

4   (Badge #104); and West Sacramento Sergeant DUNCAN (#25), have been courteously granted

5   an extension of time to appear herein to, and including, October 6, 2006; and

6         WHEREAS, plaintiff still needs to serve a remaining defendant who is no longer

7   employed by defendant, CITY OF WEST SACRAMENTO; and

8         WHEREAS, the parties, with permission of the Court, would like to continue the above-

9   mentioned status (pretrial scheduling) conference to a date in late October or early November,

10  2006, which is convenient for the Court:

11        NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto, through

12  their respective counsel, that with permission of the Court, the above-mentioned status (pretrial

13  scheduling) conference be continued to a date in late October or early November, 2006,

14  convenient to the Court.

15  Dated:  September 8, 2006          ANGELO, KILDAY & KILDUFF

16                             /s/ LAURENCE L. ANGELO

17                   By:_____

18                       LAURENCE L. ANGELO

                      Attorneys for Defendants

19                       Except for JON D. SCHORLE

20

21  Dated:  September 10, 2006        LAW OFFICES OF STEWART KATZ

22                             /s/ STEWART KATZ

23                   By:_____

24                       STEWART KATZ

                      Attorney for Plaintiff ROBERT

25                       JEROME McAFEE, III

26

27  ///

   ///

28  ///

**STIPULATION REQUESTING CONTINUANCE OF STATUS (PRETRIAL SCHEDULING)
CONFERENCE AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

1    <u>ORDER</u>

2         Pursuant to stipulation of the parties and good cause appearing therefore, IT IS

3    ORDERED that the status (pretrial scheduling) conference heretofore scheduled for

4    September 25, 2006, at 9:00 a.m. in Courtroom 10 is continued to November 6, 2006, at 9:00

5    a.m. in Courtoom 10 before the Honorable Garland E. Burrell, Judge Presiding.   A joint status

6    report is to be filed fourteen days prior to the hearing.

7    DATED:  September 13, 2006

                                    /s/ Garland E. Burrell, Jr.
8                            **GARLAND E. BURRELL, JR.**
                             United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION REQUESTING CONTINUANCE OF STATUS (PRETRIAL SCHEDULING)
CONFERENCE AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com