IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MCAFFEE, III,

      Plaintiff,                        No. CIV S-06-1589 GGH

      vs.

CITY OF WEST SACRAMENTO, et al.,

      Defendants.                <u>ORDER REQUIRING STATUS REPORT</u>

_____/

        The parties have consented to the jurisdiction, pursuant to 28 U.S.C. §636(c)(2), of a United States Magistrate Judge, and the District Judge has referred the matter to the undersigned. The undersigned has accepted the reference. Review of the file indicates that a status conference is set for November 30, 2006, at 10:00 a.m.

        Accordingly, IT IS HEREBY ORDERED that the parties are directed to file, on or before November 22, 2006, a joint status report which complies with E.D. Cal. L.R. 16-240.

DATED: 10/31/06

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        U.S. MAGISTRATE JUDGE

GGH/076 - McAffee1589.sts.wpd

1