LAURENCE L. ANGELO, ESQ., SB No. 034528        (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants Except Jon D. Schorle

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JEROME McAFEE, III,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>CITY OF WEST SACRAMENTO; West Sacramento Police Officer DONALD SCHLIE (Badge #132); West Sacramento Police Officer ED HENSLEY (Badge #124), West Sacramento Police Officer LOUIS CAMERON (Badge #164); West Sacramento Police Officer TIMOTHY TWARDOSZ (Badge #126); West Sacramento Police Officer JASON  FORTIER (Badge #117); West Sacramento Police Officer R. KINNEY (Badge #117); WEST Sacramento Police Officer ROGER KINNEY (Badge #104); West Sacramento Sergeant DUNCAN (#25); and West Sacramento Acting Chief of Police JON D. SCHORLE,<br><br>　　　　　　　Defendants. | Case No.: 2:06-CV-01589-GGH<br><br>**STIPULATION REQUESTING CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE AND FILING OF JOINT STATEMENT AND ORDER THEREON** |

## STIPULATION

WHEREAS, this matter is presently scheduled for a Status (Pretrial Scheduling)

1
2
3   Conference for November 30, 2006, at 10:00 a.m., with the parties to file a Joint
4   Status Report on or before November 22, 2006; and
5   ///
6   WHEREAS, Plaintiff ROBERT McAFEE, III, is presently scheduled to be
7   tried on criminal charges related to the subject incident described in the Complaint
8   on file herein, said criminal trial to be conducted in December of 2006; and
9   WHEREAS, if said Plaintiff is found guilty in said criminal trial, then and in
10  that event, he may not prosecute this civil action; and
11  WHEREAS, in light of this, the parties wish to continue the above-
12  mentioned Status (Pretrial Scheduling) Conference and the filing of said Joint
13  Status Report to dates in February, 2007, convenient for the Court:
14  NOW, THEREFORE, IT IS STIPULATED by and between the parties
15  hereto through their respective counsel that with permission of the United States
16  Magistrate Judge, the Honorable Gregory G. Hollows, the above-mentioned dates
17  for a Status (Pretrial Scheduling) Conference and the filing of a Joint Status Report
18  be continued to dates in February, 2007, convenient for the Court.

| Dated:  November 16, 2006 | ANGELO, KILDAY & KILDUFF |
|---|---|
| | /s/ Laurence L. Angelo<br>By:_____ |
| | LAURENCE L. ANGELO<br>Attorneys for Defendants<br>Except for JON D. SCHORLE |

19
20
21
22
23
24
25
26

Dated: November 16, 2006

LAW OFFICES OF STEWART KATZ

By: /s/ Stewart Katz
_____

STEWART KATZ
Attorney for Plaintiff
JEROME McAFEE, III

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefor, IT IS ORDERED that the dates presently scheduled for the Status (Pretrial Scheduling) Conference and the filing of a Joint Status Report are vacated and the Status (Pretrial Scheduling) Conference is now set for February 15, 2007 at 10:00 a.m. with the parties to file on or before February 7, 2007, a Joint Status Report which complies with ED Cal. L.R.16-240.

Dated: 11/29/06

By: /s/ Gregory G. Hollows

GREGORY G. HOLLOWS,
U.S. MAGISTRATE JUDGE