IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JEROME McAFEE, III,

    Plaintiff,

  v.                                    NO. CIV. S-06-1589 GGH

CITY OF WEST SACRAMENTO, et al.,

    Defendants.                    ORDER

_____/

        A status conference presently is calendared for February 15, 2007. Having reviewed the joint status report, the court has determined that a hearing would not be of material assistance in the scheduling of this case. Accordingly, the matter will be vacated from this court's law and motion calendar, and a scheduling order will issue shortly.

        Accordingly, IT IS ORDERED that:

        1. The February 15, 2007 status conference is vacated; and

        2. A scheduling order will issue shortly.

DATED: 2/13/07                                  /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076:McAfee1589.vac.wpd