1  **LAW OFFICE OF STEWART KATZ**
2  STEWART KATZ, State Bar #127425
   555 University Avenue, Suite 270
3  Sacramento, California 95825
   Telephone: (916) 444-5678
4
5  Attorney for Plaintiff

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
                                          NO. 2:06-CV-1589-GGH
10 ROBERT JEROME MCAFEE III,

11          Plaintiff,

12      vs.

13 CITY OF WEST SACRAMENTO; West
   Sacramento Police Officer DONALD       **STIPULATION REQUESTING**
14 SCHLIE (Badge #132); West Sacramento   **CONTINUANCE OF SETTLEMENT**
   Police Officer E. HENSLEY (Badge #124); **CONFERENCE**
15 West Sacramento Police Officer L.
16 CAMERON (Badge #164); West
   Sacramento Police Officer T. TWARDOZ
17 (Badge #126) West Sacramento Police
   Officer J. FORTIER (Badge #117); West
18 Sacramento Police Officer R. KINNEY
19 (Badge #104); and West Sacramento
   Sergeant DUNCAN (#25)
20
            Defendants.
21  _____/
22
23
   ///
24
   ///
25
   ///
26
27 ///

28

Stipulation Requesting Continuance of Settlement Conference                    1

STIPULATION

The Court herein has scheduled a Settlement Conference for May 23, 2007, at 1:30pm, before the Honorable Kimberly J. Mueller, Judge Presiding.

The parties, with permission of the Court, would like to continue the above-mentioned Settlement Conference to August 1, 2007, 1:30pm, Courtroom 26 or to any other date and time convenient to the Court.

Both parties are seeking this still early settlement conference date; however, because Plaintiff's Counsel is and has been involved in a felony trial, and Defendant's counsel is also in trial and has had to devote his efforts to preparing for that trial, both parties believe that an August 1, 2007 settlement conference date will enable both parties to fully prepare for that conference and thereby greatly increase the likelihood of resolving the case at that time.

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto, through their respective counsel, that with permission of the Court, the above-mentioned Settlement Conference be continued to August 1, 2007, 1:30pm, which is convenient to the Court.

Dated:  May 15, 2007                    LAW OFFICES OF STEWART KATZ


                                        By:    /s/ Stewart Katz
                                               STEWART KATZ,
                                               Attorney for Plaintiff



Dated:  May 18, 2007                    ANGELO, KILDAY & KILDUFF


                                        By:    /s/ Laurence L. Angelo
                                               LAURENCE L. ANGELO,
                                               Attorney for Defendants

///

///

ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS ORDERED that the Settlement Conference heretofore scheduled for May 23, 2007, at 1:30pm, is continued to August 1, 2007, at 1:30pm in Courtroom 26 before the Honorable Kimberly J. Mueller, Judge Presiding.

Dated:  May 22, 2007.

_____
U.S. MAGISTRATE JUDGE