1 | LAURENCE L. ANGELO, ESQ., SB No. 034528
2 | **ANGELO, KILDAY & KILDUFF**
Attorneys at Law
3 | 601 University Avenue, Suite 150
Sacramento, CA 95825
4 | Telephone: (916) 564-6100
Telecopier: (916) 564-6263
5 |
6 | Attorneys for Defendants Except Jon D. Schorle

7 | <center>**UNITED STATES DISTRICT COURT**</center>

8 | <center>**EASTERN DISTRICT OF CALIFORNIA**</center>

9 |

10 | ROBERT JEROME McAFEE, III,                    )   Case No.: 2:06-CV-01589-    -GGH
                                                   )
11 |                         Plaintiff,            )
                                                   )
12 |              vs.                              )   **STIPULATION REQUESTING**
                                                   )   **CONTINUANCE OF TRIAL DATE AND**
13 |                                               )   **OTHER PRETRIAL DATES AND**
    CITY OF WEST SACRAMENTO; West                  )         **ORDER THEREON**
14 | Sacramento Police Officer DONALD SCHLIE )
    (Badge #132); West Sacramento Police Officer )
15 | ED HENSLEY (Badge #124), West                 )
    Sacramento Police Officer LOUIS CAMERON )
16 | (Badge #164); West Sacramento Police Officer )
    TIMOTHY TWARDOSZ (Badge #126); West )
17 | Sacramento Police Officer JASON FORTIER )
    (Badge #117); West Sacramento Police Officer )
18 | R. KINNEY (Badge #117); WEST Sacramento )
    Police Officer ROGER KINNEY (Badge         )
19 | #104); West Sacramento Sergeant DUNCAN )
    (#25); and West Sacramento Acting Chief of )
20 | Police JON D. SCHORLE,                        )
                                                   )
21 |                         Defendants.           )
                                                   )
22 |

23 |

24 | <center><u>STIPULATION</u></center>

25 |        WHEREAS, this matter by the Status (Pretrial Scheduling)Order signed by the Honorable

26 | Gregory G. Hollows, United States Magistrate Judge, set trial herein to begin on March 10, 2008,

27 | before a jury with a pretrial conference on February 11, 2008, the last day to hear dispositive

28 | motions on November 27, 2007, the end of discovery on November 15, 2007, the end of

<center>-1-</center>
<center>**STIPULATION REQUESTING CONTINUANCE OF TRIAL DATE AND**
**OTHER PRETRIAL DATES AND [PROPOSED] ORDER THEREON**</center>

1 | discovery law and motion on November 1, 2007, and the identification of experts on October 5,
2 | 2007;

3 | WHEREAS, the parties have diligently attempted to complete discovery prior to the dates
4 | set by said Order but have been unable to do so because of the conflicting calendars of counsel
5 | for the parties, the complexity of the issues herein, the multiple parties involved and the nature
6 | and extent of Plaintiff's injuries; and

7 | WHEREAS, on September 26, 2007, the parties and their counsel appeared before the
8 | Honorable Magistrate Judge Kimberly Mueller, who presided over a settlement conference; and

9 | WHEREAS, although the case was not settled at the settlement conference on September
10 | 26, 2007, the Court finding that the prospects for settlement still exist if further discovery is
11 | conducted, continued the settlement conference to January 23, 2008 at 1:30 p.m. in Courtroom
12 | 26; and

13 | WHEREAS, the parties, through counsel, agree that further and extensive discovery will
14 | be required along with law and motion, some of which may be dispositive, if the case does not
15 | settle on January 23, 2008; and

16 | WHEREAS, the parties, through counsel, wish to request that the Court continue the trial
17 | date herein to August 11, 2008, with all preceding dates being adjusted accordingly, pursuant to
18 | this Stipulation:

19 | NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto, through
20 | their respective counsel, that with permission of the Court, the following be done:

21 | First, the Court continue the trial herein from March 10, 2008 to August 11, 2008, said
22 | trial to last 8 to 10 days before a jury and to begin on that date at 9:00 a.m.;

23 | Second, that the Court set a pretrial conference herein on a date in late June or early July
24 | of 2008, convenient for the Court's calendar with the filing of joint and separate pretrial
25 | conference statements 16 to 20 days before said pretrial conference;

26 | Third, that the Court order that all discovery law and motion be heard no later than May
27 | 1, 2008;

28 | ///

-2-
STIPULATION REQUESTING CONTINUANCE OF TRIAL DATE AND
OTHER PRETRIAL DATES AND [PROPOSED] ORDER THEREON

1      Fourth, that all dispositive motions be heard no later than May 29, 2008 and; that
2 discovery herein be cut-off on or about May 15, 2008; and

3      Fifth, that the parties identify experts initially on or before March 31, 2008, with
4 supplemental identification of experts no later than April 14, 2008.

5

6 Dated: ____*1/1-10*____, 2007        LAW OFFICES OF STEWART KATZ

7

8                           By:_____
9                                STEWART KATZ
                                Attorney for Plaintiff ROBERT
10                                JEROME McAFEE, III

11

12 Dated: October 4, 2007         ANGELO, KILDAY & KILDUFF
13

14                           By:_____
15                              LAURENCE L. ANGELO
                             Attorneys for Defendants
16                              Except for JON D. SCHORLE

17

18

19                    [PROPOSED] ORDER

20      Pursuant to stipulation of the parties and good cause appearing therefor, IT IS
21 ORDERED that:

22      The trial herein is continued from March 10, 2008 to August 11, 2008, said trial to last 8
23 to 10 days before a jury and to begin on that date at 9:00 a.m.;

24      The pretrial conference is continued to __July 10 at 1:30 p.m.__ 2008, with the filing of
25 joint and separate pretrial conference statements __7__ days before said pretrial conference;

26      All discovery law and motion be heard no later than May 1, 2008;

27      All dispositive motions be heard no later than May 29, 2008; and that discovery herein be
28 cut-off on or about May 15, 2008; and

STIPULATION REQUESTING CONTINUANCE OF TRIAL DATE AND
OTHER PRETRIAL DATES AND [PROPOSED] ORDER THEREON

1    Fifth, that the parties identify experts initially on or before March 31, 2008, with

2  supplemental identification of experts no later than April 14, 2008.

3  Dated: *Oct. 29* , 2007

4

5                                          By:  **GREGORY G. HOLLOWS**

6                                          GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-
STIPULATION REQUESTING CONTINUANCE OF TRIAL DATE AND
OTHER PRETRIAL DATES AND [PROPOSED] ORDER THEREON