**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERT JEROME MCAFEE III,

        Plaintiff,

   vs.

CITY OF WEST SACRAMENTO; West
Sacramento Police Officer DONALD
SCHLIE (Badge #132); West Sacramento
Police Officer E. HENSLEY (Badge #124);
West Sacramento Police Officer L.
CAMERON (Badge #164); West
Sacramento Police Officer T. TWARDOZ
(Badge #126) West Sacramento Police
Officer J. FORTIER (Badge #117); West
Sacramento Police Officer R. KINNEY
(Badge #104); and West Sacramento
Sergeant DUNCAN (#25)

        Defendants.

_____/

NO. 2:06-CV-1589-GGH

**STIPULATION AND ORDER
REQUESTING CONTINUANCE OF
SETTLEMENT CONFERENCE**

///

///

///

///

1

**STIPULATION**

2     The Court herein has scheduled a Settlement Conference for March 5, 2008, at

3     1:30pm, before the Honorable Kimberly J. Mueller, Judge Presiding.

4     The parties, with permission of the Court, would like to continue the above-

5     mentioned continuing Settlement Conference to April 30, 2008, 1:30pm, Courtroom 26 or to

6     any other date and time convenient to the Court.

7     Both parties are seeking to continue this settlement conference date because, due to

8     scheduling issues, both parties have been unable to complete the discovery necessary to

9     make this a productive Settlement Conference.  There was an untimely illness experienced

10    by defense counsel; an auto accident resulting in significant injuries, including broken

11    bones, suffered by the Plaintiff; and a spade of criminal trials by Plaintiff's counsel. Both

12    parties believe that an April 30, 2008 settlement conference date will enable both parties to

13    fully prepare for that conference and thereby greatly increase the likelihood of resolving the

14    case at that time.

15    NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto,

16    through their respective counsel, that with permission of the Court, the above-mentioned

17    Settlement Conference be continued to April 30, 2008, 1:30pm, which is convenient to the

18    Court.

19

20    Dated: February 26, 2008          LAW OFFICES OF STEWART KATZ

21

22                                      By:     /s/ Stewart Katz
                                                STEWART KATZ,
23                                              Attorney for Plaintiff

24

25    Dated:  February 26, 2008         ANGELO, KILDAY & KILDUFF

26

27                                      By:     /s/ Laurence L. Angelo
                                                LAURENCE L. ANGELO,
28                                              Attorney for Defendants

1

## **ORDER**

2           Pursuant to stipulation of the parties and good cause appearing therefore, IT IS

3   ORDERED that the Settlement Conference heretofore scheduled for March 5, 2008, at

4   1:30pm, is continued to April 30, 2008, at 1:30pm in Courtroom 26 before the Honorable

5   Kimberly J. Mueller, Judge Presiding.

6

7   Dated:  February 26, 2008.

8

9                                                                    _____

10                                                                 U.S. MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28