IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JEROME McAFEE, III,

       Plaintiff,

  v.                                          NO. CIV. S-06-1589 GGH

CITY OF WEST SACRAMENTO, et al.,

       Defendants.           ORDER

_____/

       On May 27, 2008, the parties filed a notice of settlement.

       Accordingly, IT IS ORDERED that:

  1. The July 10, 2008 pretrial conference and August 11, 2008 trial dates are vacated.

  2. Dispositional papers shall be filed no later than August 8, 2008.

DATED: 06/26/08

                                  /s/ Gregory G. Hollows
                                  _____
                                  UNITED STATES MAGISTRATE JUDGE

GGH:076
McAfee1589.set.wpd

1