IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JEROME McAFEE, III,

    Plaintiff,

v.                                  NO. CIV. S-06-1589 GGH

CITY OF WEST SACRAMENTO, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On July 21, 2008, the parties filed a joint stipulation that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that by virtue of the stipulated dismissal, this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1).

DATED: 08/04/08

                                 /s/ Gregory G. Hollows

                                 _____
                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

GGH:076
McAfee1589.dis.wpd

1